586 A.2d 1275

STATE of Maryland

v.

Jerrold GOTTLIEB.

No. 105, Sept. Term, 1990.

Court of Appeals of Maryland.

March 6, 1991.

Karen J. Kruger, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., Carolyn H. Henneman, Asst. Atty. Gen., all on brief), Baltimore, for petitioner/cross-respondent.

Gary S. Bernstein and Richard V. Falcon, Baltimore, for respondent/cross-petitioner.

Argued before MURPHY, C.J., ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW and KARWACKI, JJ., and CHARLES E. ORTH, Jr., Judge of the Court of Appeals (retired), Specially Assigned.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 6th day of March, 1991

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.